IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DARREN FOREMAN | § | |
| | § | No. 507, 2019 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below – Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE | § | |
| | § | Cr. ID No. 1209001702 (K) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: July 6, 2020
Decided: July 16, 2020

## **ORDER**

It appears to the Court that, on March 10, 2020, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant, Darren Foreman, to show cause why his appeal should not be dismissed for his failure to file an opening brief and appendix. Foreman received the notice to show cause on March 12, 2020. A timely response to the notice to show cause was due on or before March 23, 2020.[1] Under the Court's emergency orders that extended filing deadlines due to the COVID-19 pandemic, the deadline was extended through July 1, 2020. To date, Foreman has

---

[1] Supr. Ct. R. 11(a) (providing that if the last day of the time period prescribed by the Rules falls on the weekend or a holiday then the time period runs until the end of the next day the Clerk's office is open).

not responded to the notice to show cause nor has he filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice